Sharon A. STEELE

v.

Thomas E. STEELE.

No. 79–398–A.

Supreme Court of Rhode Island.

Jan. 23, 1981.

Goldman & Biafore, John D. Biafore, Providence, for petitioner.

Aram K. Berberian, Warwick, for respondent.

## ORDER

A show cause order was issued directing the respondent to appear and show cause why his appeal should not be dismissed. The matter was assigned to the motion calendar for Monday, February 2, 1981.

The respondent informed the court that no cause could be shown. Therefore, the matter is dismissed.